ZIEVE, BRODNAX & STEELE, LLP
Erin M. McCartney, Esq. #308803
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Facsimile: (714) 908-7807
Email: bankruptcy@zbslaw.com

Attorneys for Plaintiff, The Bank of New York Mellon
FKA The Bank of New York, As Trustee
for the Certificateholders of the CWABS, Inc.,
Asset-Backed Certificates, Series 2006-7

**FILED & ENTERED**

**AUG 09 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**CHANGES MADE BY COURT**

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:15-bk-12452 RK |
| CHUL HYUN GONG, DBA PAX AMERICA DEVELOPMENT,<br><br>Debtor. | Chapter 7<br><br>Adversary No.: 2:17-ap-01199 RK<br><br>**SUMMARY JUDGMENT** |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-7,<br><br>Plaintiff,<br><br>vs.<br><br>CHUL HYUN GONG, DBA PAX AMERICA DEVELOPMENT<br><br>Defendant. | Hearing:<br>Date: August 8 and 15 2017<br>Time: 3:00 p.m.<br>Location: Courtroom 1675<br>U.S. Bankruptcy Court<br>255 East Temple St.<br>Los Angeles, CA 90012 |

Plaintiff The Bank of New York Mellon FKA The Bank of New York As Trustee For the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-7 ("Plaintiff") submits the following Summary Judgment under Federal Rule of Civil Procedure 56, made

1

[PROPOSED] SUMMARY JUDGMENT

1  applicable here under Federal Rule of Bankruptcy Procedure 7056.

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

3      1.    Summary Judgment is hereby granted in favor of Plaintiff on its claims against the Debtor/Defendant and all other interested parties related to the subject property generally described as 11034 Lower Azusa Road, El Monte, CA 91731 and specifically described in Deed of Trust recorded in the Los Angeles County Recorder's Office under instrument number 061260527 on June 8, 2006.

    2.    That the Court order, adjudge, and decree that the automatic stay is terminated effective immediately under 11 U.S.C. §362(d)(1) and (d)(4) as to the debtor and the bankruptcy estate;

    3.    That the 14 day stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

    4.    That pursuant to 11 U.S.C. §105(a), the relief granted under 11 U.S.C. §362(d)(4) shall be binding on all (1) past, (2) present and (3) future bankruptcy cases in reference to the real property generally described as 11034 Lower Azusa Road, El Monte, CA 91731 and specifically described in Deed of Trust recorded in the Los Angeles County Recorder's Office under instrument number 061260527 on June 8, 2006.

    5.    That if the judgment is recorded in compliance with applicable state law governing notices of interests or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the real

//

//

//

property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.

###

Date: August 9, 2017

_____
Robert Kwan
United States Bankruptcy Judge